Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Ruta Jones
1636 Ashland Ave., Unit 306
Des Plaines, IL 60016
SSN: xxx−xx−4723 EIN: N.A.
fdba Rutaru Accounting Services

Case No. : 19−33718
Chapter : 7
Judge : David D. Cleary

---

### NOTICE OF CHAPTER 7 OR 11 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: February 25, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court